# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FIREMAN'S FUND INSURANCE COMPANY,**

       **Plaintiff,**

**v.**                                                                                  **Case No: 6:14-cv-661-Orl-31KRS**

**THE GOLDFIELD CORPORATION and THE HARTFORD ACCIDENT & INDEMNITY COMPANY,**

       **Defendants.**

## ORDER

Defendant Goldfield has filed a Motion to Dismiss Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction because the declaratory judgment action filed by Plaintiff does not present an actual case or controversy (Doc. 16). On July 30, 2014 Magistrate Judge Spaulding issued a Report and Recommendation (Doc. 55) recommending that the motion be denied. Goldfield filed an objection to the Report and Recommendation (Doc. 61) and Plaintiff responded (Doc. 66).

Upon *de novo* review, the Court finds that Judge Spaulding's analysis of Florida law is correct. An insurer in Florida may seek judicial declaration of its obligation under an insurance policy, even though it is defending the insured under a reservation of rights. Accordingly, it is

**ORDERED** that Defendant's objection to the Report and Recommendation (Doc. 61) is OVERRULED. The Report and Recommendation (Doc. 55) is CONFIRMED and ADOPTED as part of this Order. The Motion to Dismiss (Doc. 16) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 8, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party